## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VESTINA ROSS,
on behalf of herself and all others
similarly situated,

Case No. 1:25-cv-02664-AT-JKL

Plaintiff,

v.

CHEX SYSTEMS, INC.,

Defendant.

## DEFENDANT CHEX SYSTEMS, INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Chex Systems, Inc. ("ChexSystems" or "Defendant"), through its undersigned counsel, files this Motion to Dismiss. For the reasons set forth in the accompanying Memorandum of Law, ChexSystems submits that Plaintiff has failed to state a claim upon which relief may be granted. Accordingly, ChexSystems moves this Court to dismiss Plaintiff Vestina Ross's Complaint.

Dated: July 15, 2025                    Respectfully Submitted,

                                        */s/ Kearstin H. Sale*
                                        Kearstin Harumi Sale (GA Bar # 650510)
                                        TROUTMAN PEPPER LOCKE LLP
                                        600 Peachtree Street, NE, Suite 3000
                                        Atlanta, GA 30308
                                        Telephone: (404) 885-3893
                                        E-mail: kearstin.sale@troutman.com
                                        *Counsel for Chex Systems, Inc.*

## <u>CERTIFICATE OF LOCAL RULE 7.1 COMPLIANCE</u>

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

*/s/ Kearstin H. Sale*
Kearstin Harumi Sale

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2025, a true and correct copy of the forgoing document was filed with the Court using the using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/s/ Kearstin H. Sale
Kearstin Harumi Sale