IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VESTINA ROSS,       :
            :
 Plaintiff,       :
            :
 v.         :
            :
CHEX SYSTEMS, INC.,    :   CIVIL ACTION NO.
            :   1:25-cv-02664-AT-JKL
 Defendant.     :

## **ORDER**

The Court has been advised that the parties have reached a settlement and that a stipulation of dismissal is forthcoming.

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.  The parties are directed to file a stipulation of dismissal within **FORTY-FIVE (45) DAYS** of the entry date of this Order.  Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary.  If neither a stipulation of dismissal nor a motion to re-open the case is filed within the forty-five days, this action will be dismissed with prejudice.

2

**SO ORDERED** this 13th day of August, 2025.

_____
**Amy Totenberg**
**United States District Judge**