# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| VESTINA ROSS,<br>on behalf of herself and all others<br>similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>CHEX SYSTEMS, INC.,<br><br>                Defendant. | Case No.: 1:25-cv-02664-AT-JKL<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Vestina Ross, on behalf of herself and all others similarly situated, and Defendant Chex Systems, Inc. ("Chex"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. There are no remaining defendants in this matter.

Respectfully submitted this 11th day of September 2025.

1

**Vestina Ross, on behalf of herself and all similarly situated individuals,**

Dated: September 11, 2025,

*/s/ Jenna Dakroub*
Jenna Dakroub, GA #385021
**CONSUMER JUSTICE LAW FIRM**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
T: (602) 807-1525
E: jdakroub@consumerjustice.com

**CONSUMER JUSTICE LAW FIRM**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff Vestina Ross*

*/s/ Kearstin Sale*
Kearstin Harumi Sale (GA Bar # 650510)
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3893
E-mail: kearstin.sale@troutman.com

*Counsel for Defendant Chex Systems, Inc.*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Roxanne Harris*